■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MARTINEZ, Appellant. [749 NYS2d 443] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 25, 2002 (*People v Martinez,* 292 AD2d 636, *lv denied* 98 NY2d 699), affirming a judgment of the Supreme Court, Queens County, rendered December 16, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Ritter, J.P., Smith, Friedmann and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS NUNEZ, Appellant. [749 NYS2d 435] —Appeal by the defendant from a judgment of the County Court, Rockland County (Meehan, J.), rendered May 11, 2000, convicting him of assault in the first degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that, contrary to the defendant's contention, the verdict of guilt on the weapon possession count was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions, including those raised in his supplemental pro se brief, are without merit. Ritter, J.P., Florio, S. Miller and H. Miller, JJ., concur.